OPINION — AG — ** TAG AGENT — SUBAGENT ** A METROPOLITAN MOTOR LICENSE AGENT (TAG AGENT) MAY APPOINT A CORPORATION AS A SUB AGENT. A SUBAGENT IS 'NOT' PROHIBITED FROM CONDUCTING BUSINESS IN MORE THAN ONE LOCATION. HOWEVER, EACH LOCATION MUST COMPLY WITH THE REQUIREMENTS OF A MOTOR LICENSE AGENT CONTAINED IN 47 O.S. 22.22 [47-22.22], 47 O.S. 22.22 [47-22.22](A) (MUNICIPALITY, DISTRICT, DEFINITONS) CITE: 47 O.S. 22.30 [47-22.30], OPINION NO. 64-103, 47 O.S. 22.1 [47-22.1] (DANIEL J. GAMINO)